

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Nevada State Bar Number 10233
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6503
FAX: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,  )

        PLAINTIFF,  )

vs.  )

JACK BENJAMIN HESSIANI,  )

        DEFENDANT.  )

**SEALED CRIMINAL INDICTMENT**

2:16-CR-_320_____

**VIOLATION:**

18 U.S.C. §§ 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm.

**THE GRAND JURY CHARGES THAT:**

On or about February 6, 2015, in the State and Federal District of Nevada,

**JACK BENJAMIN HESSIANI,**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of California, to wit:  Failure to Appear, in the Superior Court of Nevada County, on or about September 9, 2002, in Case No. SF01-103; Insurance Fraud, in the Superior Court of Nevada County, on or about June 10, 2005, in Case No. SF03-371; and Threats to Commit a Crime (Count 6), Stalking (Count 8) and Willful Infliction of Corporal

1

Injury on Spouse or Cohabitant, in the Superior Court of Placer County, on or about May 8, 2006; did knowingly possess a firearm, to wit:  a Heckler & Koch machine pistol of unknown caliber and serial number; and a Sturmgewehr rifle of unknown caliber and serial number, said possession being in and affecting interstate and foreign commerce and said firearms having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**DATED:**  this 8th day of November, 2016.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.
Assistant United States Attorney

2